AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:04-cv-1195 - TWT

TO: (Name and address of Defendant)

Murriel M. Whitener
641 McCready Drive
Dallas, GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

SEP 02 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

**SUMMONS IN A CIVIL ACTION**

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

WHITENER MANAGEMENT & CONSULTING, LLC
641 McCREADY DR
DALLAS GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

SUMMONS IN A CIVIL ACTION

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

THE WHITENER GROUP, INC
502 N. INDUSTRIAL WAY
DALLAS GA 30132

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

JENNY PRUITT & ASSOCIATES, INC
990 HAMMOND DR NE STE 1035
ATL GA 30328

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

**SUMMONS IN A CIVIL ACTION**

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

Weissman, Nowack Curry + Wilco, PC
4th Floor, 3500 Lenox Rd
ATL GA 30326

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

**SUMMONS IN A CIVIL ACTION**

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

REMAX COMMERCIAL ATLANTA LLC
5600 ROSWELL RD STE E-275
ATL GA 30342

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

GAYE WHITENER
641 McCREADY DR
DALLAS GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

WHITENER HOLDINGS, LLC
502 INDUSTRIAL WAY, NORTH
DALLAS GA 30132

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

WHITENER LIMITED PARTNERSHIP
641 McCREADY DR
DALLAS GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

**SUMMONS IN A CIVIL ACTION**

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

SHAWN WHITENER
149 FIELDS DR
DALLAS GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

WHITENER ENTERPRISES, LLC
149 FIELDS RD
DALLAS GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

**SUMMONS IN A CIVIL ACTION**

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

Whitener Investment Limited Partnership
149 Fields Rd
Dallas GA 30157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

Sams, Larkin + Huff, LLP
376 Powder Springs St Suite 100
Marietta GA 30064

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

SCOTT A. COCHRAN
2950 ATLANTA RD SE
SMYRNA GA 30080

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

James D. Cunningham

**SUMMONS IN A CIVIL ACTION**

V.

Murriel M. Whitener, Shawn Whitener, Whitener Limited Partnership, Gaye M. Whitener, et. al.

CASE NUMBER: 1:05-cv-1195 - TWT

TO: (Name and address of Defendant)

Cochran Camp + Snipes, LLC
2950 Atlanta Rd
Smyrna GA 30080

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Cunningham
PO Box 878
Smyrna, GA 30081-0878

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Luther D. Thomas
CLERK

9/2/2005
DATE

(By) DEPUTY CLERK