IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES D. CUNNINGHAM,<br><br>Plaintiff,<br><br>vs.<br><br>MURRIEL M. WHITENER; SHAWN WHITENER; WHITENER LIMITED PARTNERSHIP; GAYE M. WHITENER; WHITENER MANAGEMENT & CONSULTING, LLC; WHITENER HOLDINGS, LLC; WHITENER INVESTMENT LIMITED PARTNERSHIP; THE WHITENER GROUP, INC.; ANNA MARIE DICKERSON; JIM ALEXANDER; HELEN LYNCH; JENNY PRUITT ASSOCIATES; HOME SERVICES OF AMERICA, INC.; BERKSHIRE HATHAWAY, INC.; ELAINE HAYES; DAVID THOMAS; LEE A. FINCH; REMAX INTERNATIONAL, INC.; REMAX OF GEORGIA; REMAX GREATER ATLANTA COMMERCIAL, LLC; GARVIS L SAMS, JR.; JOEL L. LARKIN; PARKS F. HUFF; RICHARD A.HARRAH; MICHAEL P. PRYOR; SAMS, LARKIN & HUFF, LLP; SCOTT JOHNSON; DARRYL R. MOSS; SETH WEISSMAN; CHRISTINA KEARNEY; ERIN CHEN; JANE | ) | CIVIL ACTION<br><br>CASE NO. 1:05-CV-1195-TWT |

| | |
|---|---|
| HEDGEPETH; QUIONA BLANKS; | ) |
| LEIGH M. WILCO; LINDA | ) |
| BRYANT CURRY; GEORGE E. | ) |
| NOWACK, JR.; WEISSMAN, | ) |
| NOWACK, CURRY & WILCO, P.C.; | ) |
| SCOTT A. COCHRAN; JOHNNY A. | ) |
| COCHRAN; H. G. SNIPES; | ) |
| COCHRAN, CAMP & SNIPES, LLC; | ) |
| and JOHN DOE 1 | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ANNA MARIE DICKERSON, JIM ALEXANDER, HELEN LYNCH, HOME SERVICES OF AMERICA, INC., BERKSHIRE HATHAWAY, INC., SCOTT JOHNSON, DARRYL R. MOSS, SETH WEISSMAN, CHRISTINA KEARNEY, ERIN CHEN, JANE HEDGEPETH, QUIONA BLANKS, LEIGH M. WILCO, LINDA BRYANT CURRY, AND GEORGE E. NOWACK, JR.'S MOTION TO DISMISS**

Anna Marie Dickerson, Jim Alexander, Helen Lynch, Home Services of America, Inc., Berkshire Hathaway, Inc., Scott Johnson, Darryl R. Moss, Seth Weissman, Christina Kearney, Erin Chen, Jane Hedgepeth, Quiona Blanks, Leigh M. Wilco, Linda Bryant Curry, and George E. Nowack, Jr. (hereinafter collectively referred to as "Defendants"), defendants in the above-styled action, make this special appearance for purposes of contesting the sufficiency of service of process, and move this Court for an Order dismissing Plaintiff's Complaint against them pursuant to Federal Rule of Civil Procedure 4(m) and 12(b)(5) on the grounds that

their has been insufficiency of service of process, as they have not been served within one hundred twenty days since the filing of Plaintiff's complaint. In support of this Motion, Defendants rely upon the Memorandum In Support of the Motion to Dismiss, filed contemporaneously herewith.

This the 23RD day of September, 2005.

Respectfully submitted,

WEISSMAN, NOWACK, CURRY & WILCO, P.C.

NED BLUMENTHAL
GA Bar No. 064480
SCOTT A. JOHNSON
GA Bar No. 392092
*Attorneys for Anna Marie Dickerson, Jim Alexander, Helen Lynch, Home Services of America, Inc., Berkshire Hathaway, Inc., Scott Johnson, Darryl R. Moss, Seth Weissman, Christina Kearney, Erin Chen, Jane Hedgepeth, Quiona Blanks, Leigh M. Wilco, Linda Bryant Curry, and George E. Nowack, Jr.*

One Alliance Center – 4th Floor
3500 Lenox Road
Atlanta, GA 30326
(404) 926-4500
(404) 926-4600 (facsimile)

**CERTIFICATION OF FONT AND POINT SELECTIONS**

I hereby certify that this document has been prepared with one of the font and point selections approved by the Court in LR 5.1C (Times New Roman 14 point).

Respectfully Submitted,

SCOTT A. JOHNSON
Georgia Bar No. 392092

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES D. CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MURRIEL M. WHITENER; SHAWN WHITENER; WHITENER LIMITED PARTNERSHIP; GAYE M. WHITENER; WHITENER MANAGEMENT & CONSULTING, LLC; WHITENER HOLDINGS, LLC; WHITENER INVESTMENT LIMITED PARTNERSHIP; THE WHITENER GROUP, INC.; ANNA MARIE DICKERSON; JIM ALEXANDER; HELEN LYNCH; JENNY PRUITT ASSOCIATES; HOME SERVICES OF AMERICA, INC.; BERKSHIRE HATHAWAY, INC.; ELAINE HAYES; DAVID THOMAS; LEE A. FINCH; REMAX INTERNATIONAL, INC.; REMAX OF GEORGIA; REMAX GREATER ATLANTA COMMERCIAL, LLC; GARVIS L SAMS, JR.; JOEL L. LARKIN; PARKS F. HUFF; RICHARD A.HARRAH; MICHAEL P. PRYOR; SAMS, LARKIN & HUFF, LLP; SCOTT JOHNSON; DARRYL R. MOSS; SETH WEISSMAN; CHRISTINA KEARNEY; ERIN CHEN; JANE | ) | CIVIL ACTION<br><br>CASE NO. 1:05-CV-1195 - TWT |

HEDGEPETH; QUIONA BLANKS; )
LEIGH M. WILCO; LINDA )
BRYANT CURRY; GEORGE E. )
NOWACK, JR.; WEISSMAN, )
NOWACK, CURRY & WILCO, P.C.; )
SCOTT A. COCHRAN; JOHNNY A. )
COCHRAN; H. G. SNIPES; )
COCHRAN, CAMP & SNIPES, LLC; )
and JOHN DOE 1 )
)
Defendants. )
)

**MEMORANDUM OF LAW IN SUPPORT OF ANNA MARIE DICKERSON, JIM ALEXANDER, HELEN LYNCH, HOME SERVICES OF AMERICA, INC., BERKSHIRE HATHAWAY, INC., SCOTT JOHNSON, DARRYL R. MOSS, SETH WEISSMAN, CHRISTINA KEARNEY, ERIN CHEN, JANE HEDGEPETH, QUIONA BLANKS, LEIGH M. WILCO, LINDA BRYANT CURRY, AND GEORGE E. NOWACK, JR.'S MOTION TO DISMISS**

COME NOW Anna Marie Dickerson, Jim Alexander, Helen Lynch, Home Services of America, Inc., Berkshire Hathaway, Inc., Scott Johnson, Darryl R. Moss, Seth Weissman, Christina Kearney, Erin Chen, Jane Hedgepeth, Quiona Blanks, Leigh M. Wilco, Linda Bryant Curry, and George E. Nowack, Jr., defendants in the above-styled case, and file this Memorandum in Support of their Motion to Dismiss the Complaint Seeking Recovery for Violations of Mail Fraud, Conspiracy to Defraud, Fraud, Interference With A Contract and Business Relations, Violations of Racketeering Influenced and Corrupt Organizations Act,

Bank Fraud, Aiding and Abetting RICO, Attempt and Conspiracy, Defamation, Intentional Infliction of Emotional Distress, Theft, and other Tortuous Conduct (hereinafter referred to as the "Complaint"), and show the Court as follows:

## I. FACTUAL STATEMENT

According to the Complaint, Anna Marie Dickerson, Jim Alexander, and Helen Lynch are each employees, agents and/or representatives of Jenny Pruitt & Associates, Inc. (hereinafter "Jenny Pruitt"). (See, Complaint at para. 4.10-4.12.) Furthermore, Plaintiff alleges that Home Services of America, Inc. is the parent corporation of Jenny Pruitt, and in turn, Berkshire Hathaway, Inc. is the parent corporation for Home Services of America, Inc. (See, Complaint at para 4.14 and 4.15.) Therefore, for purposes of this motion, Anna Marie Dickerson, Jim Alexander, Helen Lynch, Home Services of America, Inc., and Berkshire Hathaway, Inc. will be simply referred to as the Jenny Pruitt Defendants. Likewise, Plaintiff alleges that Scott Johnson, Darryl R. Moss, Seth Weissman, Christina Kearney, Erin Chen, Jane Hedgepeth, Quiona Blanks, Leigh M. Wilco, Linda Bryant Curry, and George E. Nowack, Jr. are each employees, agents and/or representatives of Weissman, Nowack, Curry & Wilco, P.C. (hereinafter "WNCW"), so these defendants will be collectively referred to as the WNCW Defendants. (See, Complaint at para. 4.29-4.38.)

This is the second time Plaintiff has filed this same cause of action in federal Court against these same defendants. Plaintiff filed the first action, *pro se,* on November 23, 2004 in the United States District Court for the Northern District of Georgia, and being identified as Case No. 1:04-cv-03427-TWT (hereinafter the "First Action"). In the First Action, Plaintiff failed to serve any named defendant within one hundred twenty (120) days. In fact, this Court issued an Order on March 23, 2005, advising Plaintiff that the complaint would be dismissed for his failure to effectuate service of process upon defendants within one hundred twenty (120) days if Plaintiff failed to file proof of service on or before April 25, 2005. Plaintiff voluntarily dismissed the First Action on April 25, 2005, without submitting any proof of service to the Clerk of Court pursuant to this Court's March 23, 2005 Order.

Shortly thereafter, on or about May 5, 2005, Plaintiff filed the present action. On September 2, 2005, exactly one hundred twenty (120) days following the filing of the Complaint, Plaintiff caused WNCW and Jenny Pruitt to be served with process. However, as of the date of the filing of this Motion, over one hundred forty (140) days after the initiation of this action, Plaintiff has failed to make any attempt to serve any of the WNCW Defendants or Jenny Pruitt Defendants with process in this action. In fact, based upon a review of the docket for this action,

Plaintiff has not even had summonses issued for the WNCW Defendants or the Jenny Pruitt Defendants.

## II. ARGUMENT AND CITATION OF AUTHORITY

Federal Rule of Civil Procedure Rule 4(m) provides as follows:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time…

More than one hundred twenty (120) days have passed since the initiation of this action, yet Plaintiff has failed to cause the WNCW Defendants or the Jenny Pruitt Defendants to be served with the summons and complaint. Although Plaintiff is a pro se litigant, he undoubtedly is aware that service of process must be effectuated within one hundred twenty (120) days after the filing of a complaint. After all, this Court advised him of this requirement by way of its March 23, 2005 Order in the First Action. Therefore, the WNCW Defendants and Jenny Pruitt Defendants request that they be dismissed from this action as a result of Plaintiff's failure to serve process upon them with the time required by law.

## III. CONCLUSION

In conclusion, for all of the reasons set forth above, the WNCW Defendants and Jenny Pruitt Defendants request that their Motion to Dismiss be granted, and

that they be dismissed from this action as a result of Plaintiff's failure to serve them with process within the time allowed by law.

This the 23RD day of September, 2005.

Respectfully submitted,

WEISSMAN, NOWACK, CURRY & WILCO, P.C.

NED BLUMENTHAL
GA Bar No. 064480
SCOTT A. JOHNSON
GA Bar No. 392092
*Attorneys for the Jenny Pruitt Defendants and WNCW Defendants*

One Alliance Center – 4th Floor
3500 Lenox Road
Atlanta, GA 30326
(404) 926-4500
(404) 926-4600 (facsimile)

CERTIFICATION OF FONT AND POINT SELECTIONS

I hereby certify that this document has been prepared with one of the font and point selections approved by the Court in LR 5.1C (Times New Roman 14 point).

Respectfully Submitted,

SCOTT A. JOHNSON
Georgia Bar No. 392092

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES D. CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | CASE NO. 1:05-CV-1195 - TWT |
| | ) | |
| MURRIEL M. WHITENER; et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2005, I electronically filed ANNA MARIE DICKERSON, JIM ALEXANDER, HELEN LYNCH, HOME SERVICES OF AMERICA, INC., BERKSHIRE HATHAWAY, INC., SCOTT JOHNSON, DARRYL R. MOSS, SETH WEISSMAN, CHRISTINA KEARNEY, ERIN CHEN, JANE HEDGEPETH, QUIONA BLANKS, LEIGH M. WILCO, LINDA BRYANT CURRY, AND GEORGE E. NOWACK, JR.'S MOTION TO DISMISS and their MEMORANDUM OF LAW in support thereof with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

T. Joshua R. Archer
Balch & Bingham, LLP
Fourteen Piedmont Center
Suite 100
3535 Piedmont Road, NE
Atlanta, GA 30305

James A. Balli
Sams, Larkin & Huff, LLP
376 Powder Springs Street
Suite 100
Marietta, Georgia 30064

Scott A. Cochran
Cochran, Camp & Snipes
2950 Atlanta Street, SE
Smyrna, Georgia 30080

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

James D. Cunningham
P.O. Box 878
Smyrna, Georgia 30081-0878

James D. Cunningham
2766 Stonecreek Road
Smyrna, Georgia 30080

Respectfully submitted,

WEISSMAN, NOWACK, CURRY & WILCO, P.C.

SCOTT A. JOHNSON
GA Bar No. 392092
*Attorney for Anna Marie Dickerson, Jim Alexander, Helen Lynch, Home Services of America, Inc., Berkshire Hathaway, Inc., Scott Johnson, Darryl R. Moss, Seth Weissman, Christina Kearney, Erin Chen, Jane Hedgepeth, Quiona Blanks, Leigh M. Wilco, Linda Bryant Curry, and George E. Nowack, Jr.*

One Alliance Center – 4th Floor
3500 Lenox Road
Atlanta, GA 30326
(404) 926-4500
(404) 926-4600 (facsimile)

446882; 12167.900